IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ACE AMERICAN INSURANCE CO., | : | |
|     Petitioner, | : | Civil Action |
| | : | No. 12-706 |
| v. | : | |
| | : | |
| SASSON HALLIER PROPERTIES, INC., | : | |
|     Respondent. | : | |

## ORDER

**AND NOW**, this 7th day of June 2012, it is **ORDERED** that:

1. The action is DISMISSED pursuant to Local Rule 41.1(b).

2. Judgment has been entered in favor of Petitioner, ACE American Insurance Company, and against Respondent, Sasson Hallier Properties, LLC, in the amount of $1,034,476.96.

3. The Clerk of Court shall close the case.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.